United States District Court

For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8
P. SINGH ARORA, et al,
9
                  Plaintiffs,                    Case No. C 07-01695 EDL
10
         v.                                      RECUSAL ORDER
11
HARTFORD LIFE AND ANNUITY
12  INSURANCE COMPANY, UNION BANK
    OF CALIFORNIA, UNIONBANC INVESTMENT
13  SERVICES, WELLS FARGO & COMPANY,
    et al.,
14
                  Defendants.
15  _____/

16
         TO ALL PARTIES AND COUNSEL OF RECORD:
17
         This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith
18
to another judge.
19
         IT IS SO ORDERED.
20

21
Dated: March 29, 2007
22

23

24                                              _____
                                                ELIZABETH D. LAPORTE
25                                              United States Magistrate Judge

26

27

28