United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P. SINGH ARORA, et al,

    Plaintiffs,

    v.

HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, UNION BANK OF CALIFORNIA, UNIONBANC INVESTMENT SERVICES, WELLS FARGO & COMPANY, et al.,

    Defendants.
_____/

Case No. C 07-01695 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: March 29, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge