Arora et al v. Hartford Life & Annuity Insurance Company et al                                                                         Doc. 19

```
GUY O. KORNBLUM, Bar No. 39974
WALTER G. CRUMP, Bar No. 203743
MARIA T. MANNINE, Bar No. 239830
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Telephone:  (415) 440-7800
Facsimile:  (415) 440-7898

Attorneys for Plaintiffs
P. SINGH ARORA and MANINDER ARORA

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE, Bar No. 102181
SETH WIENER, Bar No. 203747
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY and HAL BROWN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. SINGH ARORA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C07-01695 EDL <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING OF DEFENDANTS HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S AND HAL BROWN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT <br><br> DATE: May 11, 2007 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Jeffrey S. White <br> Courtroom: 2, 17th Floor |

IT IS HEREBY STIPULATED, by and between plaintiffs P. Singh Arora and Maninder Arora and defendant Hartford Life and Annuity Insurance Company, through their respective attorneys of record, that the hearing on Hartford Life and Annuity Insurance Company's and Hal Brown's motion to dismiss plaintiffs' complaint, currently set for May 11, 2007, at 9:00 a.m.,

shall be continued to June 1, 2007 at 9:00 a.m., and be heard at the same time as the plaintiffs' motion to remand, which will soon be filed and set for hearing at that same date and time.

IT IS SO STIPULATED.

DATED: April 10, 2007        GUY KORNBLUM & ASSOCIATES

By: _____
Guy O. Kornblum
Attorneys for Plaintiffs
P. SINGH ARORA and MANINDER ARORA

DATED: April 10, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Bruce D. Celebrezze
Attorneys for Defendants
HARTFORD LIFE AND ANNUITY INSURANCE COMPANY and HAL BROWN

IT IS SO ORDERED.

DATED: April 11, 2007

_____
Jeffrey S. White
Judge of the United States District Court