```
 1  GUY O. KORNBLUM, Bar No. 39974
    WALTER G. CRUMP, Bar No. 203743
 2  MARIA T. MANNINE, Bar No. 239830
    GUY KORNBLUM & ASSOCIATES
 3  1388 Sutter Street, Suite 820
    San Francisco, CA  94109
 4  Telephone:   (415) 440-7800
    Facsimile:   (415) 440-7898
 5
    Attorneys for Plaintiffs
 6  P. SINGH ARORA and MANINDER ARORA

 7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE, Bar No. 102181
 8  SETH WIENER, Bar No. 203747
    One Market Plaza, Steuart Tower, 8th Floor
 9  San Francisco, California 94105
    Telephone:   (415) 781-7900
10  Facsimile:   (415) 781-2635

11  Attorneys for Defendants
    HARTFORD LIFE AND ANNUITY
12  INSURANCE COMPANY and HAL BROWN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| P. SINGH ARORA, et al., | CASE NO. C07-01695 EDL |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING OF DEFENDANTS HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S AND HAL BROWN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT |
| v. | |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, et al., | |
| Defendants. | DATE:       May 11, 2007<br>TIME:       9:00 a.m.<br>JUDGE:     Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor |

IT IS HEREBY STIPULATED, by and between plaintiffs P. Singh Arora and Maninder Arora and defendant Hartford Life and Annuity Insurance Company, through their respective attorneys of record, that the hearing on Hartford Life and Annuity Insurance Company's and Hal Brown's motion to dismiss plaintiffs' complaint, currently set for May 11, 2007, at 9:00 a.m.,

-1-

STIPULATION AND ORDER

1397804v

1 shall be continued to June 1, 2007 at 9:00 a.m., and be heard at the same time as the plaintiffs'
2 motion to remand, which will soon be filed and set for hearing at that same date and time.
3     IT IS SO STIPULATED.
4 DATED: April 10, 2007     GUY KORNBLUM & ASSOCIATES

6 By: _____
    Guy O. Kornblum
7     Attorneys for Plaintiffs
    P. SINGH ARORA and MANINDER ARORA

9 DATED: April 10, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

11 By: _____
    Bruce D. Celebrezze
12     Attorneys for Defendants
    HARTFORD LIFE AND ANNUITY INSURANCE
13     COMPANY and HAL BROWN

14     IT IS SO ORDERED.
15 DATED: April 11, 2007

16 _____
    Jeffrey S. White
17     Judge of the United States District Court

1397804v

-2-
STIPULATION AND ORDER