1   [COUNSEL IDENTIFIED BELOW]

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9                               SAN FRANCISCO DIVISION

10  P. SINGH ARORA, *et al.*,                    CASE NO. C07-01695 JSW

11          Plaintiffs,                          STIPULATED REQUEST FOR ORDER
                                                 CONTINUING CASE DEADLINES,
12      v.                                       AND ~~PROPOSED~~ ORDER

13  HARTFORD LIFE AND ANNUITY                    [Civ. L.R. 6-2]
    INSURANCE COMPANY, *et al.*,
14
            Defendants.
15  _____

16  HARTFORD LIFE AND ANNUITY
    INSURANCE COMPANY and HAL BROWN,
17
            Third-Party Plaintiffs,
18
        v.
19
    SURENDER K. JINDAL,
20
            Third-Party Defendant.
21  _____

22          This STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES is made

23  and entered into by and among plaintiffs P. Singh Arora, Maninder Arora, MRJ Resources, Inc.,

24  Vendmart Inc., and PMA Enterprises, LLC (collectively, the "Plaintiffs") and defendants Hartford

25  Life and Annuity Insurance Company, Union Bank of California, N.A., UnionBanc Investment

26  Services, Inc., Wells Fargo Bank, Wells Fargo Bank, N.A., Niche Marketing, Inc., Niche Plan

27  Sponsors, Inc., National Variable Benefit Plan & Trust, Compass Bank, 419 Plan Administrators,

28                                          -1-

STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER
#855082

1  Inc., Judi A. Carsrud, Hal Brown, Phillip Rowe, William McGurk, and Gaylord Burke

2  (collectively, the "Defendants"), through their respective attorneys of record.  Plaintiffs and

3  Defendants are sometimes referred to collectively as "the Parties".

4  RECITALS

5      A.      The Parties have agreed to mediate their disputes on July 18, 2007, at 9:00 a.m.,

6  before the Honorable Edward A. Infante (Ret.) of JAMS.  In order to focus their efforts on

7  settlement, and in order to avoid potentially unnecessary litigation costs, the Parties wish to

8  continue case deadlines on calendar until after the mediation.

9      B.      The Court previously entered an order on May 11, 2007, continuing the hearing

10  dates on defendants' motions to dismiss and plaintiffs' motions to remand to August 24, 2007,

11  staying discovery in this action through July 19, 2007, and continuing the last day to make initial

12  disclosures required by Fed.R.Civ.P.26(a)(1) and to make a report pursuant to Rule 26(f) to

13  August 3, 2007.

14      WHEREFORE, the Parties stipulate as follows:

15  STIPULATION

16      1.      The following case deadlines set by the Court's order dated March 23, 2007 shall

17  be continued to the following dates or such other dates and times as may be set by the Court:

18      • July 20, 2007:  Last day to meet and confer regarding initial disclosures, early

19          settlement, ADR process selection and discovery plan, file Joint ADR

20          Certification with Stipulation to ADR Process or Notice of Need for ADR

21          Phone Conference.

22      • August ~~17~~ 24, 2007 at ~~1:30 p.m.~~ 9:00 a.m.:  Initial Case Management Conference.

23  //

24  //

25  //

26  //

27  //

28

-2-

STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER

#855082

IT IS SO STIPULATED.

DATED: June 6, 2007       GUY KORNBLUM & ASSOCIATES
                          LAW OFFICES OF DAVID M. ZEFF

                          By:_____
                             David M. Zeff
                             Attorneys for Plaintiffs
                             P. SINGH ARORA, MANINDER ARORA, MRJ
                             RESOURCES, INC.; VENDMART, INC.; and
                             PMA ENTERPRISES, LLC

DATED: June ___, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

                          By:_____
                             Bruce D. Celebrezze
                             Attorneys for Defendants and Third-Party Plaintiffs
                             HARTFORD LIFE AND ANNUITY INSURANCE
                             COMPANY; and HAL BROWN

DATED: June ___, 2007     NIXON PEABODY LLP

                          By:_____
                             Paul Hall
                             Attorneys for Defendants
                             UNION BANK OF CALIFORNIA, N.A.;
                             UNIONBANC INVESTMENT SERVICES, INC.;
                             ANDREW MCGURK; and GAYLORD BURKE

DATED: June ___, 2007     TRUCKER & HUSS, A PROFESSIONAL CORPORATION

                          By:_____
                             R. Bradford Huss
                             Attorneys for Defendants
                             WELLS FARGO BANK; and WELLS FARGO
                             BANK, N.A.

-3-

1    IT IS SO STIPULATED.

2    DATED:  June __, 2007      GUY KORNBLUM & ASSOCIATES

3

4                              By:_____

5                                 Guy O. Kornblum
                                   Attorneys for Plaintiffs
6                                 P. SINGH ARORA, MANINDER ARORA, MRJ
                                   RESOURCES, INC.; VENDMART, INC.; and
7                                 PMA ENTERPRISES, LLC

8

9

10   DATED:  June 1, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP

11

12                             By:_____

13                                Bruce D. Celebrezze
                                   Attorneys for Defendants and Third-Party Plaintiffs
14                                HARTFORD LIFE AND ANNUITY INSURANCE
                                   COMPANY; and HAL BROWN
15

16

17   DATED:  June __, 2007      NIXON PEABODY LLP

18

19                             By:_____

                                   Paul Hall
20                                Attorneys for Defendants
                                   UNION BANK OF CALIFORNIA, N.A.;
21                                UNIONBANC INVESTMENT SERVICES, INC.;
                                   ANDREW MCGURK; and GAYLORD BURKE
22

23   DATED:  June __, 2007      TRUCKER & HUSS, A PROFESSIONAL CORPORATION

24

25                             By:_____

26                                R. Bradford Huss
                                   Attorneys for Defendants
27                                WELLS FARGO BANK; and WELLS FARGO
                                   BANK, N.A.
28
                                          -3-
     ───────────────────────────────────────────────────────────────
     STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND PROPOSED ORDER
     #855082

1    IT IS SO STIPULATED.

2    DATED: June __, 2007          GUY KORNBLUM & ASSOCIATES

3

4                                   By:_____
                                        Guy O. Kornblum
5                                       Attorneys for Plaintiffs
                                        P. SINGH ARORA, MANINDER ARORA, MRJ
6                                       RESOURCES, INC.; VENDMART, INC.; and
                                        PMA ENTERPRISES, LLC
7

8

9

10   DATED: June __, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP
11

12                                  By:_____
13                                      Bruce D. Celebrezze
                                        Attorneys for Defendants and Third-Party Plaintiffs
14                                      HARTFORD LIFE AND ANNUITY INSURANCE
                                        COMPANY; and HAL BROWN
15

16
     DATED: June 6, 2007           NIXON PEABODY LLP
17

18                                  By: _Leura Chapman_____
19                                      Paul Hall and Leura Chapman
                                        Attorneys for Defendants
20                                      UNION BANK OF CALIFORNIA, N.A.;
                                        UNIONBANC INVESTMENT SERVICES, INC.;
21                                      ANDREW MCGURK; and GAYLORD BURKE

22

23   DATED: June __, 2007          TRUCKER & HUSS, A PROFESSIONAL CORPORATION

24

25                                  By:_____
                                        R. Bradford Huss
26                                      Attorneys for Defendants
                                        WELLS FARGO BANK; and WELLS FARGO
27                                      BANK, N.A.

28                                           -3-
     _____
     STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER
     #855082

1    IT IS SO STIPULATED.

2    DATED: June ___, 2007     GUY KORNBLUM & ASSOCIATES

3

4                              By:_____

5                                  Guy O. Kornblum
                                   Attorneys for Plaintiffs
6                                  P. SINGH ARORA, MANINDER ARORA, MRJ
                                   RESOURCES, INC.; VENDMART, INC.; and
7                                  PMA ENTERPRISES, LLC

8

9

10
     DATED: June ___, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP
11

12

13                             By:_____
                                   Bruce D. Celebrezze
14                                 Attorneys for Defendants and Third-Party Plaintiffs
                                   HARTFORD LIFE AND ANNUITY INSURANCE
15                                 COMPANY; and HAL BROWN

16

17   DATED: June ___, 2007     NIXON PEABODY LLP

18

19                             By:_____
                                   Paul Hall
20                                 Attorneys for Defendants
                                   UNION BANK OF CALIFORNIA, N.A.;
21                                 UNIONBANC INVESTMENT SERVICES, INC.;
                                   ANDREW MCGURK; and GAYLORD BURKE
22

23   DATED: June 5, 2007       TRUCKER & HUSS, A PROFESSIONAL CORPORATION

24

25                             By:_____
                                   R. Bradford Huss
26                                 Attorneys for Defendants
                                   WELLS FARGO BANK; and WELLS FARGO
27                                 BANK, N.A.

28
     _____
                                      -3-
     STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER
     #855082

DATED: June 4, 2007    BRYAN CAVE LLP

By: _____
Shalem A. Massey
Attorneys for Defendants
NICHE MARKETING, INC.; NICHE PLAN
SPONSORS, INC.; NATIONAL VARIABLE
BENEFIT PLAN & TRUST; 419 PLAN
ADMINISTRATORS, INC.; COMPASS BANK;
JUDI A. CARSRUD; and PHILIP ROWE

*Lawrence L. Yang*

COUNSEL:

GUY KORNBLUM & ASSOCIATES
GUY O. KORNBLUM, Bar No. 39974
WALTER G. CRUMP, Bar No. 203743
MARIA T. MANNING, Bar No. 239830
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Telephone:    (415) 440-7800
Facsimile:    (415) 440-7898

LEWIS FEINBERG LEE RENAKER & JACKSON, P.C.
DANIEL MARK FEINBERG, Bar No. 135983
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone:    (510) 839-6824
Facsimile:    (510) 839-7839

LAW OFFICES OF DAVID M. ZEFF
DAVID MICHAEL ZEFF, Bar No. 63289
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Telephone:    (415) 923-1380
Facsimile:    (415) 923-1382

Attorneys for Plaintiffs
P. SINGH ARORA; MANINDER ARORA;
MRJ RESOURCES, INC.; VENDMART, INC.; and
PMA ENTERPRISES, LLC

STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER
#855082

1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE, Bar No. 102181
2    SETH W. WIENER, Bar No. 203747
   One Market Plaza, Steuart Tower, 8th Floor
3    San Francisco, California 94105
   Telephone:    (415) 781-7900
4    Facsimile:    (415) 781-2635

5    Attorneys for Defendants and Third-Party Plaintiffs
   HARTFORD LIFE AND ANNUITY
6    INSURANCE COMPANY; and HAL BROWN

7

8    NIXON PEABODY LLP
   PAUL J. HALL, Bar No. 66084
9    LAURA L. CHAPMAN, Bar No. 167249
   Two Embarcadero Center, Suite 2700
10    San Francisco, CA 94111-3996
   Telephone:    (415) 984-8200
11    Facsimile:    (415) 984-8300

12    Attorneys for Defendants
   UNION BANK OF CALIFORNIA, N.A.;
13    UNIONBANC INVESTMENT SERVICES, INC.;
   ANDREW MCGURK; and GAYLORD BURKE
14

15

16    TRUCKER HUSS
   R. BRADFORD HUSS, Bar No. 71303
   AMY ATHERTON DURGAN, Bar No. 245325
17    120 Montgomery Street
   23rd Floor
18    San Francisco, CA 94104
   Telephone:    (415) 788-3111
19    Facsimile:    (415) 421-2017

20    Attorneys for Defendants
   WELLS FARGO BANK;
21    and WELLS FARGO BANK, N.A.

22

23    BRYAN CAVE LLP
   SHALEM A. MASSEY, Bar No. 143281
24    RENEE L. WILLIAMS, Bar No. 217666
   LAWRENCE L. YANG, Bar No. 206738
25    2020 Main Street
   Suite 600
26    Irvine, CA 92614-8226
   Telephone:    (949) 223-7000
27    Facsimile:    (949) 223-7100

28

-5-

STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND ~~PROPOSED~~ ORDER

#855082

1    Attorneys for Defendants
     NICHE MARKETING, INC.;
2    NICHE PLAN SPONSORS, INC.;
     NATIONAL VARIABLE BENEFIT PLAN & TRUST
3    419 PLAN ADMINISTRATORS, INC.;
     COMPASS BANK; JUDI A. CARSRUD;
4    and PHILIP ROWE

5

6

7

8           PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

9      DATED:  June 11    , 2007

10                                                   _____

11                                                   Jeffrey S. White
                                                     Judge of the United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES, AND PROPOSED ORDER
#855082