R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Amy A. Durgan, No. 245325
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
adurgan@truckerhuss.com

Attorneys for Defendants
Wells Fargo Bank, N.A. and Wells Fargo Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P. SINGH ARORA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C07-01695 JSW <br><br> THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES, AND ~~PROPOSED~~ ORDER <br><br> [Civ. L.R. 6-2] |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY and HAL BROWN, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> SURENDER K. JINDAL, <br><br> Third-Party Defendant. | |

This STIPULATED REQUEST FOR ORDER CONTINUING THE DEADLINE TO FILE INITIAL DISCLOSURES is made and entered into by and among plaintiffs P. Singh Arora, Maninder Arora, MRJ Resources, Inc., Vendmart Inc., and PMA Enterprises, LLC (collectively, the "Plaintiffs") and defendants Hartford Life and Annuity Insurance Company, Union Bank of

THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND ~~PROPOSED~~ ORDER
#866781

1  California, N.A., UnionBanc Investment Services, LLC, Wells Fargo Bank, Wells Fargo Bank,
2  N.A., Niche Marketing, Inc., Niche Plan Sponsors, Inc., National Variable Benefit Plan & Trust,
3  Compass Bank, 419 Plan Administrators, Inc., Judi A. Carsrud, Hal Brown, Phillip Rowe,
4  William McGurk, and Gaylord Burke (collectively, the "Defendants"), through their respective
5  attorneys of record. Plaintiffs and Defendants are sometimes referred to collectively as "the
6  Parties".

7      The Court previously set May 11, 2007, as the last day to make initial disclosures required
8  by Fed.R.Civ.P.26(a)(1) and to make a report pursuant to Rule 26(f) to August 3, 2007. Due to a
9  family medical leave and travel plans of counsel for two of the Parties, the Parties wish to
10 continue the deadlines on calendar to submit a Rule 26(f) report and to complete initial disclosures
11 until two weeks after the date currently scheduled. No other deadlines in the case would be
12 affected.

13     WHEREFORE, the Parties stipulate as follows:

14 STIPULATION

15     The August 3, 2007 deadline to submit a Rule 26(f) report and to complete initial
16 disclosures set by the Court's order dated May 11, 2007 shall be continued to Friday, August 17,
17 2007, or such other date and time as is set by the Court.

18
19 IT IS SO STIPULATED.
20 DATED: August __1__, 2007    GUY KORNBLUM & ASSOCIATES
                                LAW OFFICES OF DAVID M. ZEFF
21
22                          By: _____
23                               Jill A. Whitby
                              Attorneys for Plaintiffs
24                               P. SINGH ARORA, MANINDER ARORA, MRJ
                              RESOURCES, INC.; VENDMART, INC.; and
25                               PMA ENTERPRISES, LLC
26
27
28

---
THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND ~~PROPOSED~~ ORDER

#866781

```
 1  DATED: August 2, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP
 2
 3                                By: _____
                                     Bruce D. Celebrezze and Seth Weiner
 4                                   Attorneys for Defendants and Third-Party Plaintiffs
                                     HARTFORD LIFE AND ANNUITY INSURANCE
 5                                   COMPANY; and HAL BROWN
 6
 7  DATED: August ___, 2007      NIXON PEABODY LLP
 8
 9                                By: _____
                                     Paul Hall and Laura Chapman
10                                   Attorneys for Defendants
                                     UNION BANK OF CALIFORNIA, N.A.;
11                                   UNIONBANC INVESTMENT SERVICES, LLC;
                                     ANDREW MCGURK; and GAYLORD BURKE
12
13  DATED: August ___, 2007      TRUCKER & HUSS, A PROFESSIONAL CORPORATION
14
15                                By: _____
                                     Amy A. Durgan
16                                   Attorneys for Defendants
                                     WELLS FARGO BANK; and WELLS FARGO
17                                   BANK, N.A.
18
19
20
21  DATED: August ___, 2007      BRYAN CAVE LLP
22
23                                By: _____
                                     Lawrence L. Yang and Shalem Massey
24                                   Attorneys for Defendants
                                     NICHE MARKETING, INC.; NICHE PLAN
25                                   SPONSORS, INC.; NATIONAL VARIABLE
                                     BENEFIT PLAN & TRUST; 419 PLAN
26                                   ADMINISTRATORS, INC.; COMPASS BANK;
                                     JUDI A. CARSRUD; and PHILIP ROWE
27
28
```

THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND PROPOSED ORDER

#866781

DATED: August ___, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____
Bruce D. Celebrezze and Seth Weiner
Attorneys for Defendants and Third-Party Plaintiffs
HARTFORD LIFE AND ANNUITY INSURANCE
COMPANY; and HAL BROWN


DATED: August 2, 2007   NIXON PEABODY LLP


By: /s/ Paul Hall
Paul Hall and Laura Chapman
Attorneys for Defendants
UNION BANK OF CALIFORNIA, N.A.;
UNIONBANC INVESTMENT SERVICES, LLC;
ANDREW MCGURK; and GAYLORD BURKE


DATED: August 2, 2007   TRUCKER & HUSS, A PROFESSIONAL CORPORATION


By: /s/ Amy A. Durgan
Amy A. Durgan
Attorneys for Defendants
WELLS FARGO BANK; and WELLS FARGO
BANK, N.A.


DATED: August ___, 2007   BRYAN CAVE LLP


By:_____
Lawrence L. Yang and Shalem Massey
Attorneys for Defendants
NICHE MARKETING, INC.; NICHE PLAN
SPONSORS, INC.; NATIONAL VARIABLE
BENEFIT PLAN & TRUST; 419 PLAN
ADMINISTRATORS, INC.; COMPASS BANK;
JUDI A. CARSRUD; and PHILIP ROWE

---

THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND ~~PROPOSED~~ ORDER

#866781

DATED: August ___, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Bruce D. Celebrezze and Seth Weiner
Attorneys for Defendants and Third-Party Plaintiffs
HARTFORD LIFE AND ANNUITY INSURANCE
COMPANY; and HAL BROWN

DATED: August ___, 2007    NIXON PEABODY LLP

By:_____
Paul Hall and Laura Chapman
Attorneys for Defendants
UNION BANK OF CALIFORNIA, N.A.;
UNIONBANC INVESTMENT SERVICES, LLC;
ANDREW MCGURK; and GAYLORD BURKE

DATED: August ___, 2007    TRUCKER & HUSS, A PROFESSIONAL CORPORATION

By:_____
Amy A. Durgan
Attorneys for Defendants
WELLS FARGO BANK; and WELLS FARGO
BANK, N.A.

DATED: August 2, 2007    BRYAN CAVE LLP

By:_____/s/ Lawrence Yang_____
Lawrence L. Yang and Shalem Massey
Attorneys for Defendants
NICHE MARKETING, INC.; NICHE PLAN
SPONSORS, INC.; NATIONAL VARIABLE
BENEFIT PLAN & TRUST; 419 PLAN
ADMINISTRATORS, INC.; COMPASS BANK;
JUDI A. CARSRUD; and PHILIP ROWE

---

THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND ~~PROPOSED~~ ORDER

#866781

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: August 3, 2007

_Jeffrey S. White_
Jeffrey S. White
Judge of the United States District Court

THIRD STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE
TO FILE INITIAL DISCLOSURES, AND PROPOSED ORDER

#866781