1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL B. MCGEEHON (SBN: 077376)
2  FREDERICK D. BAKER (SBN: 111277)
   KELLY J. SAVAGE (SBN: 235901)
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants and Third-Party Plaintiffs
6  HARTFORD LIFE AND ANNUITY
   INSURANCE COMPANY and HAL BROWN
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P. SINGH ARORA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. C07-01695 JSW <br><br> [~~PROPOSED~~] ORDER GRANTING HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE THE DECLARATIONS OF JAMES S. BROWN AND ROGER W. SLEIGHT IN SUPPORT OF HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY SEDGWICK, DETERT, MORAN & ARNOLD LLP AS COUNSEL FOR HARTFORD LIFE AND ANNUITY INSURANCE COMPANY UNDER SEAL |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY and HAL BROWN, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> SURENDER K. JINDAL, <br><br> Third-Party Defendant. | Date: August 24, 2007 <br> Time: 9:00 a.m. <br><br> The Hon. Jeffrey S. White <br> San Francisco, Courtroom 2 |

SF/1433937v1

C07-01695 JSW

[~~PROPOSED~~] ORDER GRANTING HARTFORD'S ADMINSTRATIVE MOTN TO FILE DECLARATIONS

Having considered defendant and third-party plaintiff Hartford Life and Annuity Insurance Company's Administrative Motion to File the Declarations of James S. Brown and Roger W. Sleight in Support of Hartford Life and Annuity Insurance Company's Opposition to Plaintiffs' Motion to Disqualify Sedgwick, Detert, Moran & Arnold LLP as Counsel for Hartford Life and Annuity Insurance Company Under Seal, pursuant to Civil L.R. 7-11 and 79-5, and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED THAT the following documents shall be filed under seal: Declarations of James S. Brown and Roger W. Sleight in Support of Hartford Life and Annuity Insurance Company's Opposition to Plaintiffs' Motion to Disqualify Sedgwick, Detert, Moran & Arnold LLP as Counsel for Hartford Life and Annuity Insurance Company.

DATED: August 22, 2007

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge